```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A05-0250--CV (JWS)
                "LABORERS LOCAL 341 V ANCH SAND & GRAVEL CO"

            Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/27/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (720) Labor/Management Relations Act
                    VACATE ARBITRATION AWARD
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 10/27/05 receipt # 00126852
          Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1           LABORERS LOCAL 341                  Kevin B. Dougherty
                                                     2501 Commercial Drive, Suite 140
                                                     Anchorage, AK 99501
                                                     907-276-1640

                                                     Heidi Lynn Drygas
                                                     2501 Commercial Drive, Suite 140
                                                     Anchorage, AK 99501
                                                     907-276-1640
                                                     FAX       -    -

DEF 1.1           ANCHORAGE SAND & GRAVEL CO INC     Robert M. Johnson
                                                     Wohlforth Johnson et al
                                                     900 W. 5th Avenue, Suite 600
                                                     Anchorage, AK 99501
                                                     907-276-6401

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A05-0250--CV (JWS)
              "LABORERS LOCAL 341 V ANCH SAND & GRAVEL CO"

                        For all filing dates
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 10/27/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (720) Labor/Management Relations Act
                   VACATE ARBITRATION AWARD
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 10/27/05 receipt # 00126852
         Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/27/05 | Complaint filed; Summons issued. |
| 2 - 1 | 11/08/05 | PLF 1 Complaint (First Amended). |
| 3 - 1 | 11/14/05 | DEF 1 Disclosure Statement. |
| 4 - 1 | 11/14/05 | DEF 1 Answer to First Amended Complaint. |
| 5 - 1 | 11/14/05 | DEF 1 Affidavit of service re: answer to first amended complaint & Corporate Disclosure Statement. |
| 6 - 1 | 11/17/05 | PLF 1 Return of Service on DEF 1; Executed 10/31/05. |
| 7 - 1 | 11/18/05 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 8 - 1 | 11/23/05 | DEF 1 motion to dismiss w/att memo & exhs. |