Heidi Drygas, Esq.
Kevin Dougherty, Esq.
2501 Commercial Drive
Anchorage, AK 99501
(907) 276-1640
Attorneys for Plaintiff



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LABORERS LOCAL 341, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANCHORAGE SAND AND GRAVEL ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A05-250 CV (JWS) |

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Civil Rule 56, and having shown that there are no genuine issues of material fact, Plaintiff Laborers Local 341 respectfully moves for Summary Judgment. A memorandum in support of this motion and accompanying affidavits and exhibits are filed herewith.

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640

DATED at Anchorage, Alaska this 11th day of January, 2006.

Attorneys for
Laborers Local 341

_____
Heidi Drygas
ABA No. 0311075

_____
Kevin Dougherty (Heidi Drygas for)
ABA No. 811086

Certificate of Service

I certify that a copy of this document was served this 12 day of Januray, 2006 to:

Robert Johnson, Esq.
900 W. 5th Ave., Suite 600
Anchorage, AK 99501

_____
Tana Hart

Laborers Local 341 v. Anchorage Sand and Gravel Company, Inc.
Case No. A05-250 CV

2

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640