RECEIVED

JAN 1 2 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Heidi Drygas, Esq.
Kevin Dougherty, Esq.
2501 Commercial Drive
Anchorage, AK 99501
(907) 276-1640
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LABORERS LOCAL 341, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANCHORAGE SAND AND GRAVEL COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A05-250 CV (JWS) |

AFFIDAVIT OF DANIEL SIMIEN

I, Daniel Simien, swear and affirm as follows:

1. I am over 18 years old and I have personal knowledge of the matters set forth herein.

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640

Laborers Local 341 v. Anchorage Sand and Gravel Company, Inc.
Case No. A05-250 CV

1

EXHIBIT C

2. I am the President and Business Agent of Laborers Local 942 in Fairbanks. By virtue of that position, I am a Trustee for the Alaska Laborers Training Trust.

3. I am an Executive Board Member of the Alaska District Council of Laborers, which is the statewide council for the three Alaska locals of the Laborers International Union of North America (LIUNA).

4. Abraham Milne applied for admittance into the Alaska Laborers Training Trust apprenticeship program on two separate occasions. I interviewed him on both occasions.

5. The Alaska Laborers Training Trust did not select Abraham for the apprenticeship program on either occasion.

6. On or about July 11, 2005, I had a conversation with Mike Gallagher, Business Manager of Laborers Local 341 in Anchorage, regarding the Steve

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640

Laborers Local 341 v. Anchorage Sand and Gravel Company, Inc.
Case No. A05-250 CV

2

Pope/Anchorage Sand and Gravel arbitration where he informed me that Clark Milne arbitrated their dispute.

7. During that conversation with Mr. Gallagher, I informed Mr. Gallagher that Clark Milne's son, Abraham, had twice been interviewed by the Alaska Laborers Training Trust apprenticeship program.

8. I have read this statement, I fully understand its contents, and I certify that it is true and correct to the best of my knowledge.

Further Affiant sayeth naught.

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640

Laborers Local 341 v. Anchorage Sand and Gravel Company, Inc.
Case No. A05-250 CV

DATED at Fairbanks, Alaska this  9  day of January, 2006.

*Daniel Simien*
Daniel Simien

SUBSCRIBED and sworn to me this  9  day of January, 2006.

*Carol J Heiter*
Notary Public for the State of Alaska

My Commission Expires April 18, 2009.

Certificate of Service

I certify that a copy of this document was served this 12 day of January, 2006 to:

Robert Johnson, Esq.
900 W. 5th Ave., Suite 600
Anchorage, AK 99501

Tana Hart

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640

Laborers Local 341 v. Anchorage Sand and Gravel Company, Inc.
Case No. A05-250 CV

4