

# Alaska Laborers Training School

13500 OLD SEWARD HIGHWAY • (907) 345-3853 • FAX (907) 345-4479
ANCHORAGE, ALASKA 99515



RECEIVED
JAN 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

EMPLOYER TRUSTEES
GERALD SCHOON
MICHAEL BRADY
JOHN MINDER
ROXANNA HORSCHEL

EMPLOYEE TRUSTEES
TIM SHARP
MICHAEL GALLAGHER
DAN SIMIEN
RON MCPHETERS

TRAINING DIRECTOR
LESLIE LAUINGER

AFFILIATED WITH:
LABORERS AGC
EDUCATION & TRAINING
FUND

ADMINISTERED BY:
LABOR TRUST SERVICES

July 15, 2005

To whom it may concern,

In June of 2004 and May of 2005 Abraham Milne interviewed for the Laborers apprenticeship program in Fairbanks.
He was not selected and may apply again if he so chooses.

Leslie N. Lauinger
Training Director

EXHIBIT D