

# Alaska Laborers Training School

13500 OLD SEWARD HIGHWAY • (907) 345-3853 • FAX (907) 345-4479
ANCHORAGE, ALASKA 99515



RECEIVED
JAN 12 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

EMPLOYER TRUSTEES
GERALD SCHOEN
MICHAEL BRADY
JOHN MINTURN
ROXANNA HORSCHEL

EMPLOYEE TRUSTEES
JIM STUART
MICHAEL GALLAGHER
DAN GIMDEN
RON MCPHETRES

TRAINING DIRECTOR
LESLIE LAUINGER

AFFILIATED WITH:
LABORERS-AGC
EDUCATION & TRAINING
FUND

ADMINISTERED BY:
LABOR TRUST SERVICES

September 7, 2005

To whom it may concern,

On June 10th of 2004 and May 4th of 2005 Abraham Milne was interviewed for the Laborers apprenticeship program in Fairbanks. Abraham had listed his address as: 1119 Coppet, Fairbanks 99709 and put his father on the application as: Clark R. Milne.
He was not selected and may apply again if he so chooses.

Leslie N. Lauinger
Training Director

EXHIBIT
E