80 FAIRBANKS AND VICINITY

Midtown Apartments
950 Gilmore St Fairbanks .........451-9335

**MIDTOWN BARBER SHOP**
1546 Cushman St
Fairbanks .........452-3377

**MIEARS JAMES R DDS**
1919 Lathrop St Fairbanks .........452-1866

Miers Richard
1235 Ivory Rd Fairbanks .........479-0046
Migdal Ryan L Fairbanks .........452-3497
Mihalich George Fairbanks .........474-9705
Mihalki W Fairbanks .........474-9668
Mihm Randall L Fairbanks .........455-6161

**MIKE'S UNIVERSITY CHEVRON**
Complete Auto Service
Chevron  Since 1977
See our ad at Automobile Repair
**479-4616**
3245 College Rd.
Fax 479-5801

Mike's University Chevron
3245 College Rd Fairbanks .........479-4616
Fax Line .........479-5801
Mikeuchev Heather Fairbanks .........452-2447
Milam Michael Fairbanks .........479-2801
Milan Leda Fairbanks .........479-2950
Milbrook Ventures
793 Bardel Ct Fairbanks .........451-9506
Milburn Jeremy Fairbanks .........452-1484

**MILE 329 CONSTRUCTION**
Fairbanks .........455-6064

Miles Dae Fairbanks .........457-3236
Miles Elaine
15 Farewell St Fairbanks .........457-1009
Miles M Fairbanks .........479-8175
Miles Richard A
3010 Davis Rd No B24 Fairbanks .........474-8594
Milke Michael A
674 Slater Dr Fairbanks .........456-2463
Milkey Joe Fairbanks .........479-9210
Millard Belinda K Fairbanks ......• 456-2761
Millard Mieka Fairbanks .........456-2761
Miller Anothony H Fairbanks .........457-7419
Miller Barron L Fairbanks .........452-3010
Miller Barry W Fairbanks .........456-2541
Miller Bernie Fairbanks ......• 456-5953
Miller Brad
1201 Coppet St Fairbanks .........474-0590
Miller Brian Fairbanks .........458-0448
Miller Brian Scott Fairbanks .........457-2744
Miller Cheryle L Fairbanks .........455-4212
Miller Chris
4948 Dartmouth Rd Fairbanks .........479-5948
Miller Chris Fairbanks .........455-4151
Or .........455-4693
Miller Corina Fairbanks .........457-3286
Miller Craig
101 College Rd Fairbanks .........374-3917
Miller Dale S
114 Hickory Dr Fairbanks .........479-3225
Miller David B Fairbanks ......• 479-0687
Miller David John
473 Hagelbarger Ave Fairbanks .........457-3599
Miller Dean Fairbanks .........452-3712
Miller Deanna Fairbanks .........457-1454

Miller Dennis C
1446 Hans Wy Fairbanks .........479-2189
Miller Doug & Sadie Fairbanks .........456-5061
Miller E 300 Terrace Dr Fairbanks .........457-8976
Miller Edward A Sr
2552 Clark St Fairbanks .........479-2908
Miller Ervin F Fairbanks .........451-7122
Miller G L
95 Glacier Ave Fairbanks .........456-3765
Miller Gabriel Fairbanks .........479-2341
Miller Gary Lee & Meg
541 Bullion Dr Fairbanks .........457-3611
Miller J L Fairbanks .........457-2075
Miller Jack & Barbara
Fairbanks .........479-9419
Miller James
1848 Old Pioneer Wy Fairbanks .........452-2508
Miller James A
3809 Old Nenana Hwy Fairbanks .........479-8107
Miller James & Charis
Fairbanks .........457-1953
Or Fairbanks .........457-6228
Miller Janna & Bruce
Fairbanks .........479-5585
Miller Jason Fairbanks .........458-7258
Miller Jeremiah R & Michelle
Fairbanks .........474-4714
Miller Jerold G Fairbanks .........458-0628
Miller Jesse M Fairbanks .........457-7885
Miller Joe Fairbanks .........458-0261
Miller John A
1260 March Dr Fairbanks .........479-3720
Miller John M
967 Senate Lp Fairbanks .........457-2057
Fax Line .........457-6600
Miller Joni Lori Fairbanks .........456-3949
Miller Joy A Fairbanks .........479-3232
Miller Jule Fairbanks .........455-7679
Miller K Fairbanks .........457-8559
Miller Karen Fairbanks .........374-1000
Miller Karen D Fairbanks .........479-9049
Miller Kurtis R Fairbanks .........457-5042
Miller Leslie Fairbanks .........457-1091
Miller M E Fairbanks .........456-8507
Miller M M Fairbanks .........479-7530
Miller Marlin D Fairbanks .........452-3887
Miller Marybeth Fairbanks .........374-4867
Miller Michael Fairbanks .........479-0048
Miller Michael J Fairbanks .........457-5530
Miller Mike & Charlotte
Fairbanks .........457-3630
Or Fairbanks .........457-3631
Miller Mike & Sue Fairbanks .........458-9668
Miller Mildred Fairbanks .........451-6416
Miller Myrtle C Fairbanks .........455-4010
Miller Nathan N Fairbanks .........479-4774
Miller P Fairbanks .........474-1687
Miller Pat D
1506 Ithaca Rd Fairbanks .........479-4672
Modem Line .........479-4680
Miller Properties
PO Box 81149 Fairbanks .........479-5859
Miller R Fairbanks .........457-3039
Miller Ralph & Diane
PO Box 70193 Fairbanks .........474-9483
Miller Raymond F Jr
Fairbanks ......• 452-3993
Miller Regina Fairbanks .........455-4920
Miller Regina L Fairbanks .........457-4857
Miller Robert Fairbanks .........451-1965
Miller Robert & Brandy
Fairbanks .........457-2867
Miller Robert G
98 Farewell Ave Apt 3 Fairbanks .........456-8004
TTY .........456-8003
Miller Robert & Karen
Fairbanks ......• 474-0446
Miller Robert L Fairbanks .........479-6316
Miller Robert N Jr Fairbanks .........474-3734

Miller Robin W
Mi 12.72 Steese Hwy Fairbanks .........457-6385
Miller Ronald E Fairbanks .........479-8197
Miller Royce & Bev
774 Spudwood Rd Fairbanks .........457-1132
Miller Ryce
114 Minnie St Suite D Fairbanks .........457-2363
Miller S Fairbanks .........457-3118
Miller S & M Fairbanks .........374-8343
Miller Scott Fairbanks .........455-0202
Miller Scott Fairbanks .........479-3750
Miller Susan Fairbanks .........479-2831
Miller Ted Fairbanks .........474-2888
Miller Tye Fairbanks .........457-8095
Miller Vernon F Fairbanks .........457-5602
Miller Victor & Maryann
Fairbanks ......• 451-9179
Miller W D Fairbanks .........455-6130
Miller W & J Fairbanks .........452-2807
Miller Wally & Cathy Fairbanks .........451-0308
Miller Wayne Fairbanks .........479-4243
Miller Wayne A
3085 Chinook Dr Fairbanks .........474-0735
Miller Wayne J
4860 Princeton Dr Fairbanks .........479-3884
Miller Zachary & Kelly
Fairbanks ......• 457-2938
Miller-Chapman Liz Fairbanks .........374-9963
Miller-Obay Michelle Fairbanks .........479-1225
Milles Brian K Fairbanks .........474-8223
Milles Charles
598 Eton Blvd Fairbanks .........479-3391
Or .........479-8008
Milles Christopher
1603 Carr St Fairbanks .........456-6858
Milles K & W Fairbanks .........479-0628
Milliken Bettie N Fairbanks .........451-6085
Millington Lucy
350 Farmers Loop Rd Fairbanks .........457-8005
Millington Thomas & Karen
Fairbanks .........479-0095
Million Richard P
491 Sprucewood Rd Fairbanks .........479-5659
Mills Brian W Fairbanks .........457-7701
Mills J A Fairbanks ......• 455-7002
Mills Matthew P Fairbanks .........456-8414
Mills Robin Fairbanks .........474-0886
Mills Stephanie Fairbanks .........457-3870
Mills Vickie L Fairbanks ......• 456-1656
Mills W A Fairbanks .........456-2293
Milne Clark & Karen
1119 Coppet St Fairbanks ......• 474-9580
Milne Karen Fairbanks .........451-9580
Milner Martha Fairbanks .........457-2959
Milroy C Fairbanks .........452-5255
Milton L C
1824 Bridgewater Dr Fairbanks .........452-4230
Milton M Fairbanks .........374-3916
Milton Willie Fairbanks .........455-7645
Minano Frank Fairbanks .........456-3855
Minassian George Fairbanks .........452-6689
Minder Richard
529 Ketchikan Ave Fairbanks .........456-8934
Minder Thomas E Fairbanks .........457-8055
Mindham S & L Fairbanks .........474-3048
Ming John L Fairbanks .........451-0046
Miniature Golf Pioneer Park
Pioneer Park Fairbanks .........452-7888
Minnie Street Bed & Breakfast
Inn .........456-1802
Fax Line Fairbanks .........451-1751
Minot Howard
720 Bennett Rd Fairbanks .........457-7902
Minsky Mike & Kathi Fairbanks .........452-5650
Or .........456-1754
Minto Robert D
989 Gold Mine Trl Fairbanks .........457-4901
Miranda Charles & Amber
Fairbanks .........4_____

Miranda Constance Fairbanks .........456-____

**MIRANDA ELECTRIC**
www.mirandaelectric.com
**488-2029**
Fax: 488-8196
P.O. Box 56031
North Pole, AK 99705

Miranda M H
1320 Ballina Rd Fairbanks .........455-____
Fax Line .........457-____
Miranda Matthew E Fairbanks .........474-____
Miranda Robert Fairbanks .........455-____
Miranda Tabatha K Fairbanks .........474-____
Mireles Andy Fairbanks .........374-____
Miriad Industries Fairbanks .........452-____
Miscovich Andrew W
1028 Kellum St Fairbanks .........456-____
Fax Line .........456-____
Miscovich Andy E Fairbanks .........457-____
Miscovich D J Fairbanks .........457-____
Miscovich John W Fairbanks .........458-____
Miscovich M G Fairbanks .........457-____
Mishima Mami
6 Harriet Ave Fairbanks .........479-____

**MRS WHITE GLOVE JANITORIAL**
Fairbanks .........457-____

Mr Auction
3300 Lakeview Dr Fairbanks .........45_-____
Mr Checkers The Magician
PO Box 83842 Fairbanks .........479-____

**MR. ELECTRIC OF FAIRBANKS LLC**
EXPERT ELECTRICAL SERVICE
THEELECTRICIAN@CGI.NET
MEETING THE CHALLENGE OF THE NORTH AT 40 BELOW
**458-8658**

Mr Electric Of Fairbanks
3523 Industrial Ave Fairbanks .........458-____
Fax Line Fairbanks .........457-____
Mr Rock & Roll
1750 S Cushman St Fairbanks .........458-____
Misterek Paul
301 Eagle Ridge Rd Fairbanks .........457-____
Mitchell A Fairbanks .........452-____
Mitchell A P Fairbanks .........451-____
Mitchell Charles E
1743 Bridgewater Dr Fairbanks .........456-____
Mitchell Diane Fairbanks .........457-____

---

**AMERICAN TIRE & AUTO**
219 3rd Ave
Tires, Wheels, Service...
**450.1200**
Bush Express 800.478.8473
Yes we can!
Financing Available
Military, Senior and Student discount




EXHIBIT F