**AMAU ENGINEERING**
*ARBITRATION AND ENGINEERING SERVICES*

**CLARK R. MILNE, PE, ARBITRATOR**
1119 Coppet Street
Fairbanks, AK  99709-4722
(907) 474-9580

RECEIVED
JAN 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

July 5, 2005

Mr. Robert Johnson                                and           Mr. Kevin Dougherty
Counsel for AS&G, Co.                                           Alaska State District Council of Laborers
Wohlforth, Johnson, Brecht, Cartledge & Brooking                2501 Commercial Drive, Ste. 140
900 W 5th Ave, Ste. 600                                         Anchorage, AK  99501
Anchorage, AK  99501-2048                                             - by e-mail
     - by e-mail

Subject: **Invoice for Arbitration Services**

Dear Party Representatives,

I have done my best, with the time available, to develop a Decision & Award on your case which meets the modern, worldwide standards of arbitral practice. Time will tell?  I can assure you that my thorough evaluation and deliberation on this matter found it to be rather thorny, and thus the fairly long write-up. It ran well past the desired two-pages (and took several iterations), but my final intention was to be "transparent" in my step-by-step reasoning, and thus faithfully serve your future interests even if you end up finding more to disagree with as I ran on? (A close read will uncover cautions and elements to ponder for both Parties – particularly the implied point that Mr. Pope could be offered another position within the Alaska Basic Industries organization? This was not raised by either party during the hearing, and thus not appropriate <in my opinion> as a condition of the award, but still worth discussion and negotiation by the Parties?)  The published and signed "hard" copies of this Decision & Award, one for each of you, will be mailed out with this cover letter, promptly = tomorrow, Wednesday, July 6, 2005.

Separately, as you are quite aware, the CBA indicates that "Any expense of arbitration shall be borne by and divided equally between the Union and the Employer." Your attorney's fees are not my affair, and my résumé's compensation language is: "$800 per Day; . . . . and reimbursement of any costs incurred to hold and attend hearings, or visit worksites". The arbitration hearing was a single day, and my law library research and deliberation ate up 3 more days.  By not renting a car my ground travel expenses were $62.00 (home - FIA @ 5 AM, AIA - AS&G, then AS&G - AIA @ 5+ PM)  The airfare on Alaska Airlines was $289, so my overall cost was $351, my total arbitration fee $3,551, and thus the **cost per Party is therefore $ 1,775.50**.  I hope that you can act upon this simple notice, since I am not intending to send a more detailed or complex invoice.

Please, Rob and Kevin, let me know if you need anything more to execute the arbitral award of this case.  And know that I do, sincerely, appreciate both your contacting me, and your belief that I would render a decision fairly and neutrally.  My best to you both,

Sincerely,

*Clark Milne*

Clark R. Milne, P.E.
Labor Arbitrator

EXHIBIT
G