RECEIVED
JAN 12 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Heidi Drygas, Esq.
Kevin Dougherty, Esq.
2501 Commercial Drive
Anchorage, AK 99501
(907) 276-1640
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LABORERS LOCAL 341, | ) |
| Plaintiff, | ) |
| v. | ) |
| ANCHORAGE SAND AND GRAVEL COMPANY, INC., | ) |
| Defendant. | ) Case No. A05-250 CV (JWS) |

AFFIDAVIT OF TIM SHARP

I, Tim Sharp, swear and affirm as follows:

1. I am over 18 years old and I have personal knowledge of the matters set forth herein.

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640

2. I am the Business Manager and Secretary-Treasurer of Laborers Local 942 in Fairbanks, Alaska. By virtue of that position, I am a Trustee for the Alaska Laborers Training Trust.

3. I am an Executive Board Member of the Alaska District Council of Laborers, which is the statewide council for the three Alaska locals of the Laborers International Union of North America (LIUNA).

4. Abraham Milne applied for admittance into the Alaska Laborers Training Trust apprenticeship program on two separate occasions. Unfortunately, we did not select Abraham for the program on either occasion.

5. On August 17, 2004, I was working on a volunteer project to move the historical Fairbanks Coal Bunkers to another location. Clark and Abraham Milne worked with me on that project.

6. While working on the volunteer project together, I had a conversation with Clark Milne regarding

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640

Laborers Local 341 v. Anchorage Sand and Gravel Company, Inc.
Case No. A05-250 CV

his son, Abraham. In that conversation, we discussed the Laborers apprenticeship program and I told Clark Milne to encourage his son, Abraham, to reapply to the Laborers apprenticeship program.

7. During my conversation with Clark Milne, it was clear to me that Clark Milne was aware that his son, Abraham Milne, had applied to the Laborers apprenticeship program and failed to be selected.

8. I have read this statement, I fully understand its contents, and I certify that it is true and correct to the best of my knowledge.

Further Affiant sayeth naught.

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640

DATED at Fairbanks, Alaska this __9__ day of January, 2006.

_____
Tim Sharp

SUBSCRIBED and sworn to me this __9__ day of January, 2006.

_____
Notary Public for the State of Alaska

My Commission Expires April 18, 2009.

Certificate of Service

I certify that a copy of this document was served this __12__ day of January, 2006 to:

Robert Johnson, Esq.
900 W. 5th Ave., Suite 600
Anchorage, AK 99501

_____
Tana Hart

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640

Laborers Local 341 v. Anchorage Sand and Gravel Company, Inc.
Case No. A05-250 CV

4