LODGED
JAN 1 2 2006

Heidi Drygas, Esq.
Kevin Dougherty, Esq.
2501 Commercial Drive
Anchorage, AK 99501
(907) 276-1640
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

LABORERS LOCAL 341,          )
                             )
          Plaintiff,         )
                             )
     v.                      )
                             )
ANCHORAGE SAND AND GRAVEL    )
COMPANY, INC.,               )
                             )
          Defendant.         )
_____) Case No. A05-250 CV (JWS)

ORDER

Having considered the law and authority cited by the parties, and being duly advised of the premises of the action, this Court finds as a matter of law that Arbitrator Clark Milne violated his duty of disclosure in failing to disclose to the parties a potential conflict of interest, and hence,

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640

    1.   Plaintiff's Motion for Summary Judgment under Civil Rule 56 is **GRANTED**;

    2.   Arbitrator Milne's July 5, 2005 arbitration decision is **VACATED,** and the parties are hereby remanded to re-arbitrate the instant Steve Pope grievance.

    IT IS SO ORDERED.

    DATED this _____ day of _____, 2006.

                                            _____
                                            Hon. John W. Sedwick
                                            U.S. District Court Judge



HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640

<u>Laborers Local 341 v. Anchorage Sand and Gravel Company, Inc.</u>
Case No. A05-250 CV