Robert M. Johnson
Wohlforth, Johnson, Brecht, Cartledge & Brooking
900 West 5th Avenue, Suite 600
Anchorage, Alaska 99501
(907) 276-6401

Attorneys for Defendant
Anchorage Sand & Gravel Company, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| LABORERS LOCAL 341 )<br><br>    Plaintiff, )<br><br>vs. )<br><br>ANCHORAGE SAND AND GRAVEL )<br>COMPANY, INC., )<br><br>    Defendant. ) | Case No. A05-250 CV (JWS)<br><br>**STIPULATION FOR**<br>**EXTENSION OF TIME** |

COMES NOW the parties to this matter, by and through counsel, and stipulate that

defendant Anchorage Sand & Gravel, Inc. ("AS&G") may have until February 13, 2006 (an

extension of two weeks) in which to respond to plaintiff's Motion for Summary Judgment.

Wohlforth | Johnson | Brecht
Cartledge | Brooking
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401    Fax: 907.276.5093
www.akatty.com

DATED at Anchorage, Alaska this _18th_ day of January, 2006.

Attorneys for Laborers Local 341

_Heidi Drygas_
Heidi Drygas
Alaska Bar No. 0311075

_Heidi Drygas for_
Kevin Dougherty
Alaska Bar No. 811086

DATED at Anchorage, Alaska this _18th_ day of January, 2006.

Wohlforth, Johnson, Brecht,
Cartledge & Brooking
Attorneys for Defendant
Anchorage Sand and Gravel Company, Inc.

_Robert M. Johnson_
Robert M. Johnson
Alaska Bar ID No. 7410086

### ORDER

IT IS SO ORDERED.

DATED at Anchorage, Alaska this _____ day of January, 2006.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

Stipulation for Extension of Time                    Page 2
I:\Docs\57060302\Stipulation for Extension of Time.wpd

Wohlforth | Johnson | Brecht
Cartledge | Brooking
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401    Fax: 907.276.5093
www.akatty.com