Robert M. Johnson
Wohlforth, Johnson, Brecht, Cartledge & Brooking
900 West 5th Avenue, Suite 600
Anchorage, Alaska 99501
(907) 276-6401

Attorneys for Defendant
Anchorage Sand & Gravel Company, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| LABORERS LOCAL 341 )<br>)<br>  Plaintiff,  )<br>)<br>vs.  )<br>)<br>ANCHORAGE SAND AND GRAVEL )<br>COMPANY, INC.,  )<br>)<br>  Defendant.  )<br>_____ ) | Case No. A05-250 CV (JWS)<br><br>**NOTICE OF SUBMISSION<br>OF PROPOSED ORDER** |

   COMES NOW defendant Anchorage Sand & Gravel, Inc. ("AS&G"), by and through counsel, submits the attached Proposed Order granting defendant's Stipulation for Extension of Time submitted by the parties.

   DATED at Anchorage, Alaska this 20th day of January, 2006.

Wohlforth, Johnson, Brecht,
Cartledge & Brooking
Attorneys for Defendant
Anchorage Sand and Gravel Company, Inc.


_____s/Robert M. Johnson_____
900 W 5th Avenue, Suite 600
Anchorage, AK 99501
Phone: (907) 276-6401
Fax: (907) 276-5093
Email: rjohnson@akatty.com
Alaska Bar ID No. 7410086

Wohlforth | Johnson | Brecht
Cartledge | Brooking
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401   Fax: 907.276.5093
www.akatty.com