Robert M. Johnson
Wohlforth, Johnson, Brecht, Cartledge & Brooking
900 West 5th Avenue, Suite 600
Anchorage, Alaska 99501
(907) 276-6401

Attorneys for Defendant
Anchorage Sand & Gravel Company, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| LABORERS LOCAL 341, <br><br> Plaintiff, <br><br> vs. <br><br> ANCHORAGE SAND AND GRAVEL COMPANY, INC., <br><br> Defendant. | Case No. A05-250 CV (JWS) <br><br> **PROPOSED ORDER** |

The court having reviewed the Stipulation for Extension of Time submitted by the parties;

IT IS SO ORDERED that defendant Anchorage Sand & Gravel, Inc. ("AS&G") may have until February 13, 2006 in which to respond to plaintiff's Motion for Summary Judgment.

DATED at Anchorage, Alaska this _____ day of January, 2006.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

Wohlforth | Johnson | Brecht
Cartledge | Brooking
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401   Fax: 907.276.5093
www.akatty.com

Stipulation for Extension of Time                    Page 2
I:\Docs\57060302\Order.wpd