Robert M. Johnson
Wohlforth, Johnson, Brecht, Cartledge & Brooking
900 West 5th Avenue, Suite 600
Anchorage, Alaska  99501
(907) 276-6401

Attorneys for Defendant
Anchorage Sand & Gravel Company, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| LABORERS LOCAL 341 ) ) Plaintiff, ) ) vs. ) ) ANCHORAGE SAND AND GRAVEL ) COMPANY, INC., ) ) Defendant. ) _____) | Case No. A05-250 CV (JWS) **AFFIDAVIT OF SERVICE** |

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

   Robert M. Johnson, being duly sworn, states:

   1.   He is attorney for defendant in this action;

Affidavit of Service                                Page 1
I:\Docs\57060302\RMJ Affidavit of Service.wpd

2. That the Notice of Submission of Proposed Order and Proposed Order allowing for an extension of time was mailed, postage prepaid, and electronically mailed on January 20, 2006 to:

Heidi Drygas
Kevin Dougherty
2501 Commercial Drive, Suite 140
Anchorage, Alaska 99501

_____
Robert M. Johnson

SUBSCRIBED AND SWORN to before me this 20th day of January, 2006.

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
TARA L. JAMES
My Commission expires: May 7, 2007

_____
Notary Public in and for Alaska
My commission expires 05/07/07

Wohlforth | Johnson | Brecht
Cartledge | Brooking
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401   Fax: 907.276.5093
www.akatty.com

Affidavit of Service                                       Page 2
I:\Docs\57060302\RMJ Affidavit of Service.wpd