Robert M. Johnson
Wohlforth, Johnson, Brecht, Cartledge & Brooking
900 West 5th Avenue, Suite 600
Anchorage, Alaska  99501
(907) 276-6401

Attorneys for Defendant
Anchorage Sand & Gravel Company, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| LABORERS LOCAL 341 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A05-250 CV (JWS) |
| ) | |
| ANCHORAGE SAND AND GRAVEL ) | **ORDER** |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Wohlforth** | **Johnson** | **Brecht**
**Cartledge** | **Brooking**
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401   Fax: 907.276.5093
www.akatty.com

The court having reviewed the Stipulation for Extension of Time submitted by the parties;

**IT IS SO ORDERED** that defendant Anchorage Sand & Gravel, Inc. ("AS&G") may have until **February 13, 2006,** in which to respond to plaintiff's Motion for Summary Judgment.

DATED at Anchorage, Alaska, this 25th day of January, 2006.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE