Robert M. Johnson
Wohlforth, Johnson, Brecht, Cartledge & Brooking
900 West 5th Avenue, Suite 600
Anchorage, Alaska 99501
(907) 276-6401

Attorneys for Defendant
Anchorage Sand & Gravel Co., Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| LABORERS LOCAL 341, </br></br>Plaintiff,</br></br>vs.</br></br>ANCHORAGE SAND AND GRAVEL COMPANY, INC.,</br></br>Defendant. | Case No. A05-250 CV (JWS) |

### CROSS MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56, defendant Anchorage Sand & Gravel Co., Inc. ("AS&G"), by and through counsel, moves for summary judgment in its favor, notwithstanding the motion for summary judgment filed by plaintiff herein. This cross motion is supported by the attached Memorandum in Support of Cross Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment, plus the attachments thereto.

Laborer's Local 341 v. AS&G A05-250
Cross Motion for Summary Judgment       Page 1
I:\Docs\57060302\Cross Motion for Summary Judgment.wpd

DATED at Anchorage, Alaska this 13th day of February, 2006.

Wohlforth, Johnson, Brecht,
Cartledge & Brooking
Attorneys for Defendant
Anchorage Sand and Gravel Co., Inc.

s/Robert M. Johnson
900 W 5th Avenue, Suite 600
Anchorage, AK 99501
Phone: (907) 276-6401
Fax: (907) 276-5093
Email: rjohnson@akatty.com
Alaska Bar ID No. 7410086

### Certificate of Service

I hereby certify that on February 13, 2006, a copy of foregoing Cross Motion for Summary Judgment was served electronically on Heidi Drygas and Kevin Dougherty.

s/Robert M. Johnson

Laborer's Local 341 v. AS&G A05-250
Cross Motion for Summary Judgment   Page 2
I:\Docs\57060302\Cross Motion for Summary Judgment.wpd

Wohlforth | Johnson | Brecht
Cartledge | Brooking
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401   Fax: 907.276.5093
www.akatty.com