Robert M. Johnson
Wohlforth, Johnson, Brecht, Cartledge & Brooking
900 West 5th Avenue, Suite 600
Anchorage, Alaska 99501
(907) 276-6401

Attorneys for Defendant
Anchorage Sand & Gravel Co., Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| LABORERS LOCAL 341, <br><br>      Plaintiff, <br><br> vs. <br><br> ANCHORAGE SAND AND GRAVEL COMPANY, INC., <br><br>      Defendant. | Case No. A05-250 CV (JWS) |

## REQUEST FOR ORAL ARGUMENT

Defendants Anchorage Sand & Gravel Co., Inc., by and through counsel, requests oral argument pursuant to Ak.L.R. 7.2 on the summary judgment motions now pending before the court, if the court deems such argument helpful.  With respect, counsel for defendant requests such argument <u>not</u> be heard on March 9-17 or 23-25, as counsel will be away from Anchorage.

Laborer's Local 341 v. AS&G A05-250
Request for Oral Argument                         Page 1
I:\Docs\57060302\Request for Oral Argument.wpd

Wohlforth | Johnson | Brecht Cartledge | Brooking
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401    Fax: 907.276.5093
www.akatty.com

DATED at Anchorage, Alaska this 13th day of February, 2006.

Wohlforth, Johnson, Brecht,
Cartledge & Brooking
Attorneys for Defendant
Anchorage Sand and Gravel Co., Inc.

s/Robert M. Johnson
900 W 5th Avenue, Suite 600
Anchorage, AK 99501
Phone: (907) 276-6401
Fax: (907) 276-5093
Email: rjohnson@akatty.com
Alaska Bar ID No. 7410086

### Certificate of Service

I hereby certify that on February 13, 2006, a copy of foregoing Request for Oral Argument was served electronically on Heidi Drygas and Kevin Dougherty.

s/Robert M. Johnson

Laborer's Local 341 v. AS&G A05-250
Request for Oral Argument    Page 2
I:\Docs\57060302\Request for Oral Argument.wpd

Wohlforth | Johnson | Brecht
Cartledge | Brooking
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401    Fax: 907.276.5093
www.akatty.com