IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF ALASKA AT ANCHORAGE

LABORERS LOCAL 341,

        Plaintiff,

vs.

ANCHORAGE SAND AND GRAVEL
COMPANY, INC.,

        Defendant.
_____/
Case No. A05-250 CV (JWS)



DEPOSITION OF MICHAEL GALLAGHER

Pages 1-46, inclusive

Commencing at 2:55 p.m.

Tuesday, January 31, 2006

Anchorage, Alaska

Alaska Stenotype Reporters
511 West Ninth Avenue
Anchorage, Alaska 99501-3520
Serving Alaska Since 1953

Rick D. McWilliams, RPR, Ret.    Telephone (907)276-1680
Fred M. Getty, RPR, Ret.       E-mail AkSteno@acsalaska.net
                               Fax (907)276-8016

Page 1

## Page 2

```
 1    IN THE UNITED STATES DISTRICT COURT FOR
 2       THE DISTRICT OF ALASKA AT ANCHORAGE
 3
 4  LABORERS LOCAL 341,
 5        Plaintiff,
 6  vs.
 7
    ANCHORAGE SAND AND GRAVEL
 8  COMPANY, INC.,
 9        Defendant.
    _____/
10  Case No. A05-250 CV (JWS)
11
12
13        DEPOSITION OF MICHAEL GALLAGHER,
14  taken on behalf of the defendant, pursuant to notice
15  at the offices of Wohlforth, Johnson, Brecht, Cartledge
16  & Brooking, Anchorage, Alaska, before Patta K. Johnson,
17  Shorthand Reporter for Alaska Stenotype Reporters and
18  Notary Public in and for the State of Alaska.
19
20
21
22
23
24
25
```

## Page 3

```
 1           A P P E A R A N C E S
 2
 3  For the Defendant:  WOHLFORTH, JOHNSON, BRECHT,
                        CARTLEDGE & BROOKING
 4                      By: Robert Johnson
                        900 West Fifth Avenue
 5                      Suite 600
                        Anchorage, Alaska 99501
 6                      907-276-6401
 7  For the Plaintiff:  GENERAL COUNSEL ALASKA STATE
                        DISTRICT COUNCIL OF LABORERS
 8                      By: Heidi Drygas
                        2501 Commercial Drive
 9                      Suite 140
                        Anchorage, Alaska 99501
10
11
12  Also Present:       Kevin Dougherty, General Council
                        Alaska District Council of Laborers
13
14
15
16
17
18
19
20
21
22
23  Reported By: Patta K. Johnson
24
25
```

## Page 4

```
 1                  I N D E X
 2
 3
    EXAMINATION BY:                        PAGE
 4
 5  Mr. Johnson                            5, 42
 6  Ms. Drygas                             36
 7
 8
 9
10
11  EXHIBITS:
12
    No exhibits were marked for identification.
13
14
...
25
```

## Page 5

```
 1  Whereupon,
 2             MICHAEL GALLAGHER,
 3  called as a witness herein having been duly sworn
 4  upon oath by Patta K. Johnson, Notary Public, was
 5  examined and testified as follows:
 6             EXAMINATION
 7  BY MR. JOHNSON:
 8     Q.  For the record, would you state your name and
 9  spell your last name?
10     A.  Michael Gallagher, G-a-l-l-a-g-h-e-r.
11     Q.  Mr. Gallagher, how are you currently employed?
12     A.  I'm employed by Laborers Local 341, actually,
13  Laborers International Union of North America Local 341.
14     Q.  So if we shorthand it to Local 341, we will
15  agree that's the way we can refer to it?
16     A.  Yes.
17     Q.  In that regard, as an employee of Local 341,
18  are you employed by the International Union umbrella
19  organization for Local 341?
20     A.  The international union is our umbrella
21  organization that we belong to.  I'm directly employed by
22  Labors Local 341.  The members -- I'm an elected officer
23  and I'm elected every three years.
24     Q.  To serve in the role that you have with Local
25  341?
```

Page 6

1    A. Yes.
2    Q. Before we go into more questions, let's
3 clear this up for the reporter. If you could just
4 give her your phone number and address, please.
5    A. My address is 2501 Commercial Drive
6 Anchorage, Alaska 99501, and my phone 907-272-4571.
7    Q. Mr. Gallagher, with respect to Local
8 341, is there a geographical jurisdiction that
9 Local 341 has?
10   A. Yes, there is.
11   Q. What is it?
12   A. It's below the 63 rd parallel.
13   Q. So that is this side of Fairbanks?
14   A. Yes, it is.
15   Q. What is the nearest town to the
16 parallel?
17   A. If you were to take where the Tok
18 Highway is and pretty much draw a line across the
19 state, below that is approximately the 63rd
20 parallel.
21   Q. What about Southeast Alaska, is that
22 within Local 341?
23   A. Part of it is and part of it isn't.
24   Q. How many other locals are there in
25 Alaska?

Page 7

1    A. There are three labor local unions in
2 the state of Alaska and we all belong to the Alaska
3 State District Council of Laborers. And under that
4 umbrella Laborers Local 341, it's Laborers Local
5 942 out of Fairbanks and then there is Local 71.
6    Q. Is it Local 942 out of Fairbanks that
7 has a portion of Southeast Alaska as well?
8    A. Yes.
9    Q. Juneau?
10   A. Yes, they have Juneau.
11   Q. And Local 71 is a union that has to do
12 with public employees; is that correct?
13   A. Yes. All they handle is public
14 employees.
15   Q. You're not a employee of Local 942 or
16 Local 71?
17   A. No.
18   Q. What relationship do you have, if any,
19 with Locals 942 and 71?
20   A. To start with we belong to the same
21 international union. We belong to the same
22 district council of laborers and we meet about
23 three or four times a year to discuss issues that
24 are pertinent to each area.
25       Also, more with Labors Local 942 than

Page 8

1 the Local 71 is 942 and 341 we have our statewide
2 pension trust fund, our statewide health and
3 welfare fund and statewide training fund and
4 apprenticeship fund and a statewide Local fund.
5    Q. With the respect to the apprenticeship
6 fund is that a fund that provides the financial
7 support for the apprenticeship program?
8    A. Yes, it is.
9    Q. And describe for me -- or let's step
10 back for a second here. Are you familiar with the
11 litigation that is ongoing and this deposition is
12 part of and that is a challenge by Local 341
13 against an arbitration ruling rendered by Clark
14 Milne?
15   A. Yes, I am.
16   Q. And you understand Clark Milne's son
17 Abraham Milne applied for and was not accepted in
18 what is described as a Laborers apprenticeship
19 program in Fairbanks; is that your understanding?
20   A. Yes.
21   Q. And with respect to the apprenticeship
22 program in Fairbanks, who runs that? Does Local
23 341 run that program?
24   A. The apprenticeship program along with
25 our training fund, it's one entity. It is actually

Page 9

1 run by eight trustees, and from the eight trustees
2 two people are from Laborers 942, two people are
3 from Local 341 and I'm one of those trustees. And
4 then there is four management trustees, Darrel
5 Schoon with Unit Company; Ken Brady, with Ken Brady
6 Construction; Roxanne Horschel with Acme Fence; and
7 John Minder with Great Northwest.
8    Q. Does Local 314 contribute as a Local
9 monies to that apprenticeship program?
10   A. No.
11   Q. Does Local 942 contribute money to that
12 program?
13   A. No.
14   Q. Does Local 71 contribute to that
15 program?
16   A. No.
17   Q. So where does that program get its money
18 to operate?
19   A. The money comes in contributions from
20 employee contributions. Employee, employer
21 contributions into the fund. Hypothetically, when
22 we negotiate with our contractors, we allocate so
23 much money to go into the health and welfare, the
24 pension, the training and legal, and it's employee
25 contributions that go into those funds.

3 (Pages 6 to 9)

Page 10

1  Q. But the Local 341 ownership, if you
2  will, of the apprenticeship program, is limited to
3  two Local 341 officials being on a board of
4  trustees running that program; is that correct?
5  A. Yes.
6  Q. How many apprenticeship programs are
7  there for the Laborers, generally, in the state of
8  Alaska?
9  A. One.
10  Q. And that is run out of Fairbanks?
11  A. There is one apprenticeship program for
12  the Laborers in the state of Alaska and that's the
13  Alaska Laborers Apprenticeship Program which is
14  made up of Laborers Local 942 and Laborers Local
15  341.
16  Q. Now, young Abraham Milne applied for and
17  was not successful in getting into an
18  apprenticeship program; you're aware of that?
19  A. Yes, I'm am.
20  Q. He applied for Fairbanks?
21  A. Yes.
22  Q. Could he have applied in an
23  apprenticeship program in Anchorage if he had
24  wanted to?
25  A. Yes.

Page 11

1  Q. So there is an apprenticeship program in
2  Anchorage as well as in Fairbanks?
3  A. It's one program and what it is is where
4  a person geographically lives would be the
5  appropriate place for that person to apply. If he
6  wanted to, he could have applied here in Anchorage
7  or vice versa. If we have somebody here they can
8  apply in Fairbanks. As long as you're a resident
9  of the state for one year, you can apply in either
10  or.
11       Similar to people in Southeast. If you
12  are from Juneau because the Local handles that area
13  you would apply for Local 942. If you live in
14  Yakutat, you would apply through us and similar
15  with Kodiak, Valdez, the Kenai and other parts of
16  the state of Alaska.
17  Q. So when one applies -- in Abraham
18  Milne's situation he resides in Fairbanks and
19  applied to the Fairbanks apprenticeship program?
20  A. Yes.
21  Q. The way I'm describing it, is that an
22  accurate way of describing it?
23  A. He applied at the Alaska Laborers
24  apprenticeship program in Fairbanks, Alaska.
25  Q. And his training and so on would have

Page 12

1  taken place in Fairbanks then?
2  A. It would depend. We train people in
3  Fairbanks and we train them here. We probably have
4  more people coming from Fairbanks down to Anchorage
5  for training just because we have a bigger facility
6  here. We do send people from here to Fairbanks to
7  do training up there. We have two training
8  schools, Anchorage is the bigger site; Fairbanks is
9  a fairly new facility. It's only about five or six
10  years old.
11  Q. And other than the Anchorage and
12  Fairbanks facilities, there are no other
13  apprenticeship program facilities in the state of
14  Alaska?
15  A. No, we just have two facilities.
16  Q. Where would a Local 71 person apply for
17  an apprenticeship program or is that just not a way
18  of describing it?
19  A. Local 71 is not a contributor to the
20  Laborers training school, so they do not have a
21  training facility at all in the state of Alaska.
22  Q. Nevertheless, Local 71 is one of the
23  Locals of the Laborers Union in Alaska?
24  A. Yes.
25  Q. Didn't you say that Local 71 had a

Page 13

1  couple of the representatives on the Board of
2  Trustees for the apprenticeship program?
3  A. No, I didn't.
4  Q. Do you know how the apprenticeship
5  program works with respect to a person such as
6  young Abraham Milne applying for a job or position
7  with you?
8  A. Yes, I do.
9  Q. Could you describe for me and for
10  whoever is going to read the transcript of this
11  deposition how it goes about, how it takes place?
12  A. A person applies, they get an
13  application from our training school; they fill
14  that out and with all the supporting documents,
15  they turn that in. After they turn that in, we
16  schedule interviews for anyone that has applied
17  during a certain time period. And we have three
18  people that interview the participant. We get a
19  management person, we get somebody from the local
20  union and we get our training director or his
21  designee that sits in on all of the interviews and
22  we rank them on different aspects of what we were
23  questioning.
24       We ask everybody the same questions.
25  Each individual person ranks them, 1 through 10, on

Page 14

1  different aspects of the interview. After all the
2  interviews are completed, they are -- the scores
3  are tallied and you come up with a common score.
4  You divide them by three and come up with an
5  average score and that person is ranked at that
6  time.
7          There is a lot of misconception about
8  how an apprenticeship picks people that are going
9  to be put into the program. A lot of people think
10 it is the business manager, such as myself, or one
11 of the agents that determine who puts them in
12 there, but that is not how that works.
13    Q.  So there is an interview process. Is
14 there then a test that is administered?
15    A.  There are times that we will give a math
16 test just to see where a person places with math,
17 but other than that that is only the requirement.
18    Q.  How do you tell somebody that they have
19 been either successful or unsuccessful in passing
20 through this process you have just described?
21    A.  Hypothetically, if we interview a
22 hundred people and we take a look at work, what the
23 work situation is going to be and we say we decide
24 we are going to select 20 to 25 people, what we
25 would do is we would take the top 20, 25 scores and

Page 15

1  as work becomes available, we would start with the
2  person with highest score and just work our way
3  down.
4          Being in the construction industry, it's
5  real difficult to say we are going to take exactly
6  20 people or we are going to take exactly 50
7  people. It just depends on the type of work that
8  our contractors are dealing with and so it just
9  varies. We have had to open our apprenticeship up
10 several times, and we do that in a season.
11 Sometimes we open the apprenticeship up two times
12 and sometimes we have had to open it up three
13 times.
14    Q.  I don't think I understand what you mean
15 by "open up" the apprenticeship program?
16    A.  The program, under the federal
17 guidelines with the Bureau of Apprenticeship, we
18 have to -- when we applied for our standard for
19 our apprenticeship program, you have certain
20 openings that we tell the federal apprenticeship
21 group we are going to open our apprenticeship,
22 whether we are going open up in the winter or
23 spring or fall or go to a continuous opening to
24 give us the latitude. Sometimes we look into the
25 crystal ball and we misjudge the amount of

Page 16

1  construction work that is going to start. A
2  project we are not aware of can come up and we may
3  need more people than we anticipated. When that
4  happens, we will open our apprenticeship more than
5  one time in a year.
6     Q.  So by opening it up it's an invitation
7  to folks that want to apply for it, is that what
8  you mean by opening?
9     A.  Yes.
10    Q.  It's an announcement, an invitation to
11 come and apply?
12    A.  Yes. We have to do certain advertising
13 requirements to meet the guidelines that we are
14 reaching out and giving public notice, that we are
15 opening up our apprenticeship program.
16    Q.  How many openings, as you describe it,
17 occurred at least for the apprenticeship program in
18 Fairbanks in 2004 and then in 2005?
19    A.  In Fairbanks? I'm just guessing. I
20 can't even tell you how many times we did it in
21 Anchorage and I oversee a lot of that. I would say
22 probably four times.
23    Q.  In each of those years?
24    A.  Together. Probably two or three times a
25 year is what we have been averaging in the last

Page 17

1  three years.
2     Q.  Now, young Mr. Milne applied and was
3  unsuccessful once in 2004 and 2005 again. Do you
4  recall that; is that your understanding?
5     A.  That is my understanding, yes.
6     Q.  Do you have any idea how many applicants
7  there were for those apprenticeship programs at the
8  openings where he applied and was unsuccessful?
9     A.  No, I don't.
10    Q.  Was it more than ten people?
11    A.  I would think so, yes.
12    Q.  Are we talking hundreds of people?
13    A.  I would say, and this is just a guess,
14 but between Anchorage and Fairbanks we usually have
15 anywhere from 50 to 100 people, approximately, that
16 apply for each opening.
17    Q.  And of that 100 to 150 that apply at
18 each opening, what is the typical acceptance ratio?
19 You described 20 to 30; is that about correct?
20    A.  I would have to look. I used to be real
21 involved in all the interviews. The last couple
22 years I have not been involved in it. So I don't
23 know the exact number.
24    Q.  Do have you an estimate?
25    A.  Last year, I don't know totally. I can