Heidi Drygas, Esq.
Kevin Dougherty, Esq.
2501 Commercial Drive
Anchorage, AK 99501
(907) 276-1640
Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE


LABORERS LOCAL 341,                    )
                                       )
                Plaintiff,             )
                                       )
        v.                             )
                                       )
ANCHORAGE SAND AND GRAVEL              )
COMPANY, INC.,                         )
                                       )
                Defendant.             )
_____)    Case No. A05-250 CV (JWS)



AFFIDAVIT OF MICHAEL GALLAGHER


    I, Michael Gallagher, swear and affirm as follows:


    1.  I am over 18 years old and I have personal

knowledge of the matters set forth herein.

EXHIBIT
3
MILNE

EXHIBIT
B

Laborers Local 341 v. Anchorage Sand and Gravel Company, Inc.
Case No. A05-250 CV

1

Exhibit A, p.16

2.  I am the Business Manager and Secretary-Treasurer of Laborers Local 341 in Anchorage, Alaska.  By virtue of that position, I am a Trustee for the Alaska Laborers Training Trust.

3.  I am an Executive Board Member of the Alaska District Council of Laborers, which is the statewide council for the three Alaska locals of the Laborers International Union of North America (LIUNA).

4.  I was present at the arbitration involving the termination of Steve Pope by Anchorage Sand and Gravel which took place on June 29, 2005.

5.  At the arbitration on June 29th, Arbitrator Clark Milne stated that he perceived no conflicts of interest with either party.

6.  On or about July 11, 2005, I learned from Dan Simien, the President and Business Agent of Laborers Local 942 in Fairbanks, that the arbitrator's son, Abraham Milne, failed to be selected for enrollment by the Alaska Laborers

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640

Laborers Local 341 v. Anchorage Sand and Gravel Company, Inc.
Case No.  A05-250 CV

2

Exhibit A, p.17

Training Trust apprenticeship program on two separate occasions.

7.   I requested a letter from Les Lauinger, the Training Director of the Alaska Laborers Training School, to confirm what I had recently learned.  I received a letter from Mr. Lauinger which confirmed the information.

8.   Had I been aware of the fact that Clark Milne's son had twice applied to the Laborers apprenticeship program and had not been selected for enrollment on either occasion, I would not have selected Clark Milne to arbitrate the dispute between Laborers Local 341 and Anchorage Sand and Gravel.

9.   I have read this statement, I fully understand its contents, and I certify that it is true and correct to the best of my knowledge.

Further Affiant sayeth naught.

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640

Laborers Local 341 v. Anchorage Sand and Gravel Company, Inc.
Case No. A05-250 CV

Exhibit A, p.18

DATED at Anchorage, Alaska this 6th day of January, 2006.

_Michael Gallagher_
Michael Gallagher

SUBSCRIBED and sworn to me this 6th day of January, 2006.

Notary Public for the State
of Alaska

My Commission Expires 4/21/06

Certificate of Service

I certify that a copy of this document was served this 12 day of January, 2006 to:

Robert Johnson, Esq.
900 W. 5th Ave., Suite 600
Anchorage, AK 99501

Tana Hart

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640

Laborers Local 341 v. Anchorage Sand and Gravel Company, Inc.
Case No. A05-250 CV

4



# Alaska Laborers Training School



13500 OLD SEWARD HIGHWAY • (907) 345-3853 • FAX (907) 345-4479

ANCHORAGE, ALASKA 99515

EMPLOYER TRUSTEES
GERALD SCHOON
MICHAEL BRADY
JOHN MIKELL JR
ROXANNA HORSCHEL

EMPLOYEE TRUSTEES
JIM STUART
MICHELL GALLAGHER
DAN SIMONS
RON MCPHETRES

TRAINING DIRECTOR
LESLIE LAULINGER

AFFILIATED WITH:
LABORERS-AGC
EDUCATION & TRAINING
FUND

ADMINISTERED BY:
ALICK TRUST SERVICES

September 7, 2005

To whom it may concern,

On June 10th of 2004 and May 4th of 2005 Abraham Milne was interviewed for the Laborers apprenticeship program in Fairbanks. Abraham had listed his address as: 1119 Coppet, Fairbanks 99709 and put his father on the application as: Clark R. Milne.
He was not selected and may apply again if he so chooses.

Leslie N. Laulinger
Training Director



EXHIBIT
4
MILNE

EXHIBIT
E