Robert M. Johnson
Wohlforth, Johnson, Brecht, Cartledge & Brooking
900 West 5th Avenue, Suite 600
Anchorage, Alaska 99501
(907) 276-6401

Attorneys for Defendant
Anchorage Sand & Gravel Co., Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| LABORERS LOCAL 341 )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANCHORAGE SAND AND GRAVEL )<br>COMPANY, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. A05-250 CV (JWS) |

## OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BY ANCHORAGE SAND & GRAVEL CO., INC.

Defendant Anchorage Sand & Gravel Co., Inc., ("AS&G") by and through counsel, opposes plaintiff's Motion for Summary Judgment, and adopts as its opposition memorandum that memorandum submitted to the honorable court in support of AS&G's Cross Motion for

Wohlforth | Johnson | Brecht
Cartledge | Brooking
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401   Fax: 907.276.5093
www.akatty.com

Laborer's Local 341 v. AS&G A05-250
Opposition to Plaintiff's Motion for Summary Judgment        Page 1
I:\Docs\57060302\Opposition to Plaintiff's Motion for Summary Judgment.wpd

Summary Judgment (Docket 22).[1]  All documents referenced and attached to said memorandum are incorporated herein as well.

DATED at Anchorage, Alaska this 13th day of February, 2006.

Wohlforth, Johnson, Brecht,
Cartledge & Brooking
Attorneys for Defendant
Anchorage Sand and Gravel Co., Inc.

       s/Robert M. Johnson
900 W 5th Avenue, Suite 600
Anchorage, AK 99501
Phone: (907) 276-6401
Fax: (907) 276-5093
Email: rjohnson@akatty.com
Alaska Bar ID No. 7410086

**Certificate of Service**

I hereby certify that on February 13, 2006, a copy of foregoing Opposition to Plaintiff's Motion for Summary Judgment by Anchorage Sand & Gravel Co., Inc. was served electronically on Heidi Drygas and Kevin Dougherty.

       s/Robert M. Johnson

---

[1] Adoption by reference is consistent with Ak. LR 10.1(h) and with the instructions received February 14, 2006 from the Clerk of Court.

Laborer's Local 341 v. AS&G A05-250
Opposition to Plaintiff's Motion for Summary Judgment       Page 2
I:\Docs\57060302\Opposition to Plaintiff's Motion for Summary Judgment.wpd

Wohlforth | Johnson | Brecht
Cartledge | Brooking
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401    Fax: 907.276.5093
www.akatty.com