**WOHLFORTH, JOHNSON, BRECHT,
CARTLEDGE & BROOKING**
A PROFESSIONAL CORPORATION

ERIC A. AUTEN
JULIUS J. BRECHT
CHERYL RAWLS BROOKING
CYNTHIA L. CARTLEDGE
MICHAEL GATTI
ROBERT M. JOHNSON
BRADLEY E. MEYEN
ERIC E. WOHLFORTH

ATTORNEYS AT LAW

900 WEST 5TH AVENUE, SUITE 600

ANCHORAGE, ALASKA 99501-2048

TELEPHONE
907.276.6401

FACSIMILE
907.276.5093

WEBSITE
www.wjb.com

June 6, 2005

Clark R. Milne, PE

Re:   Service as Arbitrator: AS&G/Laborers International Union Local 341 (Steve Pope Matter)

Dear Mr. Milne:

Arbitration is the final dispute process under a collective bargaining agreement between my client Anchorage Sand & Gravel, Inc. ("AS&G") and Laborers International Union Local 341. Arbitration has been requested by the Union respecting AS&G's termination of Steve Pope, a member of that Union and a batch plant laborer at AS&G. The Union and AS&G jointly request you to serve as an arbitrator for that matter, and has agreed that you would sit as a single arbitrator notwithstanding Article XV of the CBA (copy attached). The parties desire to present the matter to you <u>as soon as possible</u>.

Please provide each of us with an indication of your availability and dates for a potential hearing here in Anchorage, as well as a schedule of your fees.

Thank you in advance for your consideration, assistance and attention.

Very truly yours,

WOHLFORTH, JOHNSON, BRECHT,
CARTLEDGE & BROOKING

Robert M. Johnson
Counsel for Anchorage Sand & Gravel, Inc.

I:\Docs\16996556\L2Milne.wpd

EXHIBIT 1 MILNE 1.31.06

Exhibit A, p.12

Re: Service as Arbitrator: AS&G/Laborers International Union Local 341 (Steve Pope Matter)
June 6, 2005
Page 2

LABORER'S INTERNATIONAL UNION LOCAL 341

*[signature]*

Kevin B. Dougherty, General Counsel
Alaska State District Counsel of Laborers
2501 Commercial Drive, Suite 140
Anchorage, AK 99501

ORIGINAL

# PLANT AGREEMENT

## JANUARY 1, 2005 – DECEMBER 31, 2007

### BY AND BETWEEN

### LABORERS' INTERNATIONAL UNION

### OF NORTH AMERICA, AFL-CIO

### ALASKA STATE DISTRICT COUNCIL OF LABORERS

### LABORERS' LOCAL #341

### and

### ANCHORAGE SAND AND GRAVEL CO., INC.
### PLANT AGREEMENT


EXHIBIT 2 MILNE 1.31.06

## ARTICLE XV
### SETTLEMENT OF DISPUTES

The union may select a working Steward to be in the employ of the Employer. The Employer shall be notified in writing when the Steward is selected. All grievances, complaints, or disputes must be reduced to writing in twenty (20) days after the occurrence causing the grievance or dispute. Any grievance, complaint, or dispute not so filed in writing shall be deemed to have been waived and shall not be entitled to consideration. When a grievance, complaint, or dispute cannot be settled by the parties hereto within fifteen (15) days after the same has been submitted in writing, then the same shall be settled in arbitration by an Arbitration Board, selected as follows: The Employer shall select one member of the Arbitration Board, the Union shall select one member of the Arbitration Board, and the two shall select a third member of the Board. No decision rendered by the Arbitration Board shall be retroactive beyond commencement of the pay period for which the grievance, complaint, dispute, or claim was filed; and such decision shall fall within the scope and terms of this Agreement and shall not change any of its terms or conditions. The decision of a majority of the Arbitration Board shall be final and binding upon the parties.

Any expense of arbitration shall be borne by and divided equally between the Union and the Employer. The fees of any attorney shall be paid by the party employing him and shall not be considered an expense of arbitration. If the parties cannot, within twelve (12) days after dispute is submitted to arbitration, decide upon the third arbiter, the Chief Justice of the Supreme Court of the State of Alaska will be requested to name the third arbiter.

## ARTICLE XVI
### HEALTH AND SECURITY

The Employer subscribes and contributes, and will continue to subscribe and contribute, as per Schedule "A", for each compensable hour to the Alaska Laborers Construction Industry Health and Security Fund, effective January 1, 2005. It is the intent of this Agreement that all provisions of the Agreement as to Health and Security now in effect between the Alaska Chapter, Associated General Contractors and Local #341 are a part of this contractual agreement and shall so remain for the life thereof. Said contributions shall be credited to laborers in their employ for the purpose of group insurance as specified in said Trust Agreement. It is understood that the contributions are to be computed solely on the total number of compensable hours and are not to be included in wages or in computation of overtime.

Exhibit A, p.15

```
Heidi Drygas, Esq.
Kevin Dougherty, Esq.
2501 Commercial Drive
Anchorage, AK 99501
(907) 276-1640
Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LABORERS LOCAL 341,<br><br>  Plaintiff,<br><br>v.<br><br>ANCHORAGE SAND AND GRAVEL<br>COMPANY, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. A05-250 CV (JWS)

### AFFIDAVIT OF MICHAEL GALLAGHER

I, Michael Gallagher, swear and affirm as follows:

1. I am over 18 years old and I have personal knowledge of the matters set forth herein.


EXHIBIT 3
MILNE
1.31.06

EXHIBIT
B

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640