IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF ALASKA AT ANCHORAGE

LABORERS LOCAL 341,

        Plaintiff,

vs.

ANCHORAGE SAND AND GRAVEL
COMPANY, INC.,

        Defendant.
_____/

Case No. A05-250 CV (JWS)



DEPOSITION OF MICHAEL GALLAGHER

Pages 1-46, inclusive

Commencing at 2:55 p.m.

Tuesday, January 31, 2006

Anchorage, Alaska

Alaska Stenotype Reporters
511 West Ninth Avenue
Anchorage, Alaska 99501-3520
Serving Alaska Since 1953

Rick D. McWilliams, RPR, Ret.    Telephone (907)276-1680
Fred M. Getty, RPR, Ret.        E-mail AkSteno@acsalaska.net
                                      Fax (907)276-8016

Page 1

Page 2

```
 1   IN THE UNITED STATES DISTRICT COURT FOR
 2     THE DISTRICT OF ALASKA AT ANCHORAGE
 3
 4   LABORERS LOCAL 341,
 5        Plaintiff,
 6   vs.
 7
     ANCHORAGE SAND AND GRAVEL
 8   COMPANY, INC.,
 9        Defendant.
     _____/
10   Case No. A05-250 CV (JWS)
11
12
13        DEPOSITION OF MICHAEL GALLAGHER,
14   taken on behalf of the defendant, pursuant to notice
15   at the offices of Wohlforth, Johnson, Brecht, Cartledge
16   & Brooking, Anchorage, Alaska, before Patta K. Johnson,
17   Shorthand Reporter for Alaska Stenotype Reporters and
18   Notary Public in and for the State of Alaska.
19
20
21
22
23
24
25
```

Page 3

```
 1        APPEARANCES
 2
 3   For the Defendant:   WOHLFORTH, JOHNSON, BRECHT,
                          CARTLEDGE & BROOKING
 4                        By: Robert Johnson
                          900 West Fifth Avenue
 5                        Suite 600
                          Anchorage, Alaska 99501
 6                        907-276-6401
 7   For the Plaintiff:   GENERAL COUNSEL ALASKA STATE
                          DISTRICT COUNCIL OF LABORERS
 8                        By: Heidi Drygas
                          2501 Commercial Drive
 9                        Suite 140
                          Anchorage, Alaska 99501
10
11
12   Also Present:   Kevin Dougherty, General Council
                     Alaska District Council of Laborers
13
14
15
16
17
18
19
20
21
22
23   Reported By: Patta K. Johnson
24
25
```

Page 4

```
 1
              I N D E X
 2
 3
     EXAMINATION BY:                    PAGE
 4
 5   Mr. Johnson                        5, 42
 6   Ms. Drygas                         36
 7
 8
 9
10
11
     EXHIBITS:
12
     No exhibits were marked for identification.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1   Whereupon,
 2        MICHAEL GALLAGHER,
 3   called as a witness herein having been duly sworn
 4   upon oath by Patta K. Johnson, Notary Public, was
 5   examined and testified as follows:
 6        EXAMINATION
 7   BY MR. JOHNSON:
 8        Q.   For the record, would you state your name and
 9   spell your last name?
10        A.   Michael Gallagher, G-a-l-l-a-g-h-e-r.
11        Q.   Mr. Gallagher, how are you currently employed?
12        A.   I'm employed by Laborers Local 341, actually,
13   Laborers International Union of North America Local 341.
14        Q.   So if we shorthand it to Local 341, we will
15   agree that's the way we can refer to it?
16        A.   Yes.
17        Q.   In that regard, as an employee of Local 341,
18   are you employed by the International Union umbrella
19   organization for Local 341?
20        A.   The international union is our umbrella
21   organization that we belong to. I'm directly employed by
22   Labors Local 341. The members -- I'm an elected officer
23   and I'm elected every three years.
24        Q.   To serve in the role that you have with Local
25   341?
```

Page 6

1  A. Yes.
2  Q. Before we go into more questions, let's
3  clear this up for the reporter. If you could just
4  give her your phone number and address, please.
5  A. My address is 2501 Commercial Drive
6  Anchorage, Alaska 99501, and my phone 907-272-4571.
7  Q. Mr. Gallagher, with respect to Local
8  341, is there a geographical jurisdiction that
9  Local 341 has?
10  A. Yes, there is.
11  Q. What is it?
12  A. It's below the 63 rd parallel.
13  Q. So that is this side of Fairbanks?
14  A. Yes, it is.
15  Q. What is the nearest town to the
16  parallel?
17  A. If you were to take where the Tok
18  Highway is and pretty much draw a line across the
19  state, below that is approximately the 63rd
20  parallel.
21  Q. What about Southeast Alaska, is that
22  within Local 341?
23  A. Part of it is and part of it isn't.
24  Q. How many other locals are there in
25  Alaska?

Page 7

1  A. There are three labor local unions in
2  the state of Alaska and we all belong to the Alaska
3  State District Council of Laborers. And under that
4  umbrella Laborers Local 341, it's Laborers Local
5  942 out of Fairbanks and then there is Local 71.
6  Q. Is it Local 942 out of Fairbanks that
7  has a portion of Southeast Alaska as well?
8  A. Yes.
9  Q. Juneau?
10  A. Yes, they have Juneau.
11  Q. And Local 71 is a union that has to do
12  with public employees; is that correct?
13  A. Yes. All they handle is public
14  employees.
15  Q. You're not a employee of Local 942 or
16  Local 71?
17  A. No.
18  Q. What relationship do you have, if any,
19  with Locals 942 and 71?
20  A. To start with we belong to the same
21  international union. We belong to the same
22  district council of laborers and we meet about
23  three or four times a year to discuss issues that
24  are pertinent to each area.
25       Also, more with Labors Local 942 than

Page 8

1  the Local 71 is 942 and 341 we have our statewide
2  pension trust fund, our statewide health and
3  welfare fund and statewide training fund and
4  apprenticeship fund and a statewide Local fund.
5  Q. With the respect to the apprenticeship
6  fund is that a fund that provides the financial
7  support for the apprenticeship program?
8  A. Yes, it is.
9  Q. And describe for me -- or let's step
10  back for a second here. Are you familiar with the
11  litigation that is ongoing and this deposition is
12  part of and that is a challenge by Local 341
13  against an arbitration ruling rendered by Clark
14  Milne?
15  A. Yes, I am.
16  Q. And you understand Clark Milne's son
17  Abraham Milne applied for and was not accepted in
18  what is described as a Laborers apprenticeship
19  program in Fairbanks; is that your understanding?
20  A. Yes.
21  Q. And with respect to the apprenticeship
22  program in Fairbanks, who runs that? Does Local
23  341 run that program?
24  A. The apprenticeship program along with
25  our training fund, it's one entity. It is actually

Page 9

1  run by eight trustees, and from the eight trustees
2  two people are from Laborers 942, two people are
3  from Local 341 and I'm one of those trustees. And
4  then there is four management trustees, Darrel
5  Schoon with Unit Company; Ken Brady, with Ken Brady
6  Construction; Roxanne Horschel with Acme Fence; and
7  John Minder with Great Northwest.
8  Q. Does Local 314 contribute as a Local
9  monies to that apprenticeship program?
10  A. No.
11  Q. Does Local 942 contribute money to that
12  program?
13  A. No.
14  Q. Does Local 71 contribute to that
15  program?
16  A. No.
17  Q. So where does that program get its money
18  to operate?
19  A. The money comes in contributions from
20  employee contributions. Employee, employer
21  contributions into the fund. Hypothetically, when
22  we negotiate with our contractors, we allocate so
23  much money to go into the health and welfare, the
24  pension, the training and legal, and it's employee
25  contributions that go into those funds.

Page 10

1  Q. But the Local 341 ownership, if you
2  will, of the apprenticeship program, is limited to
3  two Local 341 officials being on a board of
4  trustees running that program; is that correct?
5  A. Yes.
6  Q. How many apprenticeship programs are
7  there for the Laborers, generally, in the state of
8  Alaska?
9  A. One.
10  Q. And that is run out of Fairbanks?
11  A. There is one apprenticeship program for
12  the Laborers in the state of Alaska and that's the
13  Alaska Laborers Apprenticeship Program which is
14  made up of Laborers Local 942 and Laborers Local
15  341.
16  Q. Now, young Abraham Milne applied for and
17  was not successful in getting into an
18  apprenticeship program; you're aware of that?
19  A. Yes, I'm am.
20  Q. He applied for Fairbanks?
21  A. Yes.
22  Q. Could he have applied in an
23  apprenticeship program in Anchorage if he had
24  wanted to?
25  A. Yes.

Page 11

1  Q. So there is an apprenticeship program in
2  Anchorage as well as in Fairbanks?
3  A. It's one program and what it is is where
4  a person geographically lives would be the
5  appropriate place for that person to apply. If he
6  wanted to, he could have applied here in Anchorage
7  or vice versa. If we have somebody here they can
8  apply in Fairbanks. As long as you're a resident
9  of the state for one year, you can apply in either
10  or.
11      Similar to people in Southeast. If you
12  are from Juneau because the Local handles that area
13  you would apply for Local 942. If you live in
14  Yakutat, you would apply through us and similar
15  with Kodiak, Valdez, the Kenai and other parts of
16  the state of Alaska.
17  Q. So when one applies -- in Abraham
18  Milne's situation he resides in Fairbanks and
19  applied to the Fairbanks apprenticeship program?
20  A. Yes.
21  Q. The way I'm describing it, is that an
22  accurate way of describing it?
23  A. He applied at the Alaska Laborers
24  apprenticeship program in Fairbanks, Alaska.
25  Q. And his training and so on would have

Page 12

1  taken place in Fairbanks then?
2  A. It would depend. We train people in
3  Fairbanks and we train them here. We probably have
4  more people coming from Fairbanks down to Anchorage
5  for training just because we have a bigger facility
6  here. We do send people from here to Fairbanks to
7  do training up there. We have two training
8  schools, Anchorage is the bigger site; Fairbanks is
9  a fairly new facility. It's only about five or six
10  years old.
11  Q. And other than the Anchorage and
12  Fairbanks facilities, there are no other
13  apprenticeship program facilities in the state of
14  Alaska?
15  A. No, we just have two facilities.
16  Q. Where would a Local 71 person apply for
17  an apprenticeship program or is that just not a way
18  of describing it?
19  A. Local 71 is not a contributor to the
20  Laborers training school, so they do not have a
21  training facility at all in the state of Alaska.
22  Q. Nevertheless, Local 71 is one of the
23  Locals of the Laborers Union in Alaska?
24  A. Yes.
25  Q. Didn't you say that Local 71 had a

Page 13

1  couple of the representatives on the Board of
2  Trustees for the apprenticeship program?
3  A. No, I didn't.
4  Q. Do you know how the apprenticeship
5  program works with respect to a person such as
6  young Abraham Milne applying for a job or position
7  with you?
8  A. Yes, I do.
9  Q. Could you describe for me and for
10  whoever is going to read the transcript of this
11  deposition how it goes about, how it takes place?
12  A. A person applies, they get an
13  application from our training school; they fill
14  that out and with all the supporting documents,
15  they turn that in. After they turn that in, we
16  schedule interviews for anyone that has applied
17  during a certain time period. And we have three
18  people that interview the participant. We get a
19  management person, we get somebody from the local
20  union and we get our training director or his
21  designee that sits in on all of the interviews and
22  we rank them on different aspects of what we were
23  questioning.
24      We ask everybody the same questions.
25  Each individual person ranks them, 1 through 10, on