# SCHEDULE A
## EFFECTIVE JANUARY 1, 2005 – DECEMBER 31, 2007

|  | 1-1-2005 | 1-1-2006 | 1-1-2007 |
|---|---|---|---|
| **Group 1 – Wage Rates** | $17.69 | | |
| **Benefits** | | | |
| Health & Security | $ 5.15 | | |
| Pension | $ 3.35 | | |
| Training | $  .10 | | |
| Legal | $  .15 | | |
| ALPEC | $  .04 | | |
| **Group 2 – Wage Rates** | $19.35 | | |
| **Benefits** | | | |
| Health & Security | $ 5.15 | | |
| Pension | $ 5.15 | | |
| Training | $  .10 | | |
| Legal | $  .15 | | |
| ALPEC | $  .04 | | |
| | 29.94 | | |
| **Wage Increase** | $  .95 | $  .80 | $  .80 |

**Apprentice – Wage Rates**

| | | | |
|---|---|---|---|
| Increment I | $15.48 | | |
| Increment II | $16.45 | | |
| **Benefits** | | | |
| Health & Security | $ 5.15 | | |
| Pension | $ 1.50 | | |
| Training | $ 1.95 | | |
| Legal | $  .15 | | |
| ALPEC | $  .04 | | |

Foreman shall receive 7.5% over Group 2 wage rate
Leadman shall receive 5% over Group 2 wage rate.

17

Exhibit C p.6

## ARTICLE XXV
### SAVINGS CLAUSE

In the event that any of the provisions of this Agreement shall be declared by a court of competent jurisdiction to be invalid for any cause, such invalid provisions shall be deemed to be non-existent and the remainder of this Agreement shall continue in full force and effect. The parties hereto agree that on some mutually agreeable date they will commence negotiations as to such invalidated and other affected portions of this Agreement.

IN WITNESS WHEREOF, the parties have hereunto set their hands and seals this 31st day of January, 2005.

ANCHORAGE SAND & GRAVEL CO INC.          LABORERS' INTERNATIONAL
                                          UNION OF NORTH AMERICA,
                                          LOCAL 341

By: _____              By: _____
    Dale Morman                              Michael Gallagher
    President                                Business Manager

By: _____              By: _____
    Steve Lovs                               Blake Johnson
    Vice-President and General Manager       President

                                          By: _____
                                              Steve Pope
                                              Steward

# SCHEDULE A
# EFFECTIVE JANUARY 1, 2005 – DECEMBER 31, 2007

|  | 1-1-2005 | 1-1-2006 | 1-1-2007 |
|---|---|---|---|
| **Group 1 – Wage Rates** | $17.69 | $17.99 | |
| **Benefits** | | | |
| Health & Security | $ 5.15 | $ 5.25 | |
| Pension | $ 3.35 | $ 3.70 | |
| Training | $  .10 | $  .15 | |
| Legal | $  .15 | $  .15 | |
| ALPEC | $  .04 | $  .04 | |
| **Wage Increase** | $  .95 | $  .80 | $  .80 |
| **Group 2 – Wage Rates** | $19.35 | $19.65 | |
| **Benefits** | | | |
| Health & Security | $ 5.15 | $ 5.25 | |
| Pension | $ 5.15 | $ 5.50 | |
| Training | $  .10 | $  .15 | |
| Legal | $  .15 | $  .15 | |
| ALPEC | $  .04 | $  .04 | |

*Handwritten:* $29.94    $0.80    $30.74

| | | | |
|---|---|---|---|
| **Apprentice – Wage Rates** | | | |
| Increment I | $15.48 | $15.72 | |
| Increment II | $16.45 | $16.70 | |
| **Benefits** | | | |
| Health & Security | $ 5.15 | $ 5.25 | |
| Pension | $ 1.50 | $ 1.85 | |
| Training | $ 1.95 | $ 2.00 | |
| Legal | $  .15 | $  .15 | |
| ALPEC | $  .04 | $  .04 | |

*Handwritten margin notes:*
c:
Steve
Ken
Bob
Jim
Joel
Don C
Ryan
Scott
Tony
Les
Susan
11-18-05

Exhibit C p.8

# SCHEDULE A
## EFFECTIVE JANUARY 1, 2005 – DECEMBER 31, 2007

Foreman shall receive 7.5% over Group 2 wage rate
Leadman shall receive 5% over Group 2 wage rate.

In witness whereof, the Parties hereinto set their hands and seals this /6TH day of November 2005.

**Anchorage Sand & Gravel Co. Inc.**                **Laborers' International Union of North America, Local 341**

By: _____                           By: _____
Dale Morman                                          Michael Gallagher
President                                            Business Manager

By: _____                           By: _____
Steve Lovs                                           Augustine J. Merrick
Vice-President and General Manager                   President

Exhibit C p.9