Heidi Drygas, Esq.
Kevin Dougherty, Esq.
2501 Commercial Drive
Anchorage, AK 99501
(907) 276-1640
Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE


LABORERS LOCAL 341,                    )
                                       )
              Plaintiff,               )
                                       )
       v.                              )
                                       )
ANCHORAGE SAND AND GRAVEL              )
COMPANY, INC.,                         )
                                       )
              Defendant.               )
_____)   Case No. A05-250 CV (JWS)


REPLY TO DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT


        Plaintiff Laborers Local 341, by and through its

counsel, adopts as its Reply to Defendant's Opposition to

Plaintiff's Motion for Summary Judgment its Opposition to

Defendant's Cross Motion for Summary Judgment.  All

documents referenced and attached to said Opposition are

incorporated herein.

Laborers Local 341 v. Anchorage Sand and Gravel Company, Inc.
Case No. A05-250 CV

1

HEIDI L. DRYGAS
ATTORNEY AT LAW
2501 COMMERCIAL DRIVE, SUITE 140
ANCHORAGE, ALASKA 99501
(907) 276-1640

DATED at Anchorage, Alaska this 27th day of February, 2006.

Attorneys for
Laborers Local 341


_____s/Heidi Drygas_____
2501 Commercial Drive
Anchorage, AK 99501
Phone: (907) 276-1640
Fax:   (907) 274-7289
Email: hld@acsalaska.net
Alaska Bar No. 0311075


_____s/Kevin Dougherty_____
2501 Commercial Drive
Anchorage, AK 99501
Phone: (907) 276-1640
Fax:   (907) 274-7289
Email: kbd@acsalaska.net
Alaska Bar No. 811086

Certificate of Service

I certify that a copy of
this document was
electronically served this
27th day of February, 2006
to:

Robert Johnson, Esq.
900 W. 5th Ave., Suite 600
Anchorage, AK 99501


_____s/Heidi Drygas_____