**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*LABORERS LOCAL 341*    v.    *ANCHORAGE SAND & GRAVEL COMPANY, INC.*

THE HONORABLE JOHN W. SEDWICK            CASE NO. 3-05-cv-00250 (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**            Date: May 4, 2006

    The motion at docket 21 is **GRANTED** as follows: The court will hear oral argument on the cross motions for summary judgment at dockets 13 and 20 at **9:00 AM** on **June 1, 2006.** Each side will be limited to 15 minutes.