Robert M. Johnson
Wohlforth, Johnson, Brecht, Cartledge & Brooking
900 West 5th Avenue, Suite 600
Anchorage, Alaska 99501
(907) 276-6401

Attorneys for Defendant
Anchorage Sand & Gravel Co., Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| LABORERS LOCAL 341 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A05-250 CV (JWS) |
| ) | |
| ANCHORAGE SAND AND GRAVEL ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ORAL ARGUMENT

Defendant Anchorage Sand & Gravel Company, Inc. ("AS&G"), by and through counsel, moves and respectfully requests that oral argument in this matter set for June 1, 2006 be reset for May 30, 2006 or any day in June 2006 other than June 1 or 2. Counsel for

Laborer's Local 341 v. AS&G A05-250         Page 1
Unopposed Motion for Extension of Time
I:\Docs\57060302\Unopposed Motion for Extension.wpd

Wohlforth | Johnson | Brecht
Cartledge | Brooking
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401    Fax: 907.276.5093
www.akatty.com

defendant will be outside the state. Plaintiff's counsel does not opposed this motion, except that she would be out of town June 14-16.

This motion is request is supported by the attached memorandum and affidavit.

DATED at Anchorage, Alaska this 5th day of May, 2006.

> Wohlforth, Johnson, Brecht,
> Cartledge & Brooking
> Attorneys for Defendant
> Anchorage Sand and Gravel Co., Inc.
>
> ____s/Robert M. Johnson____
> 900 W 5th Avenue, Suite 600
> Anchorage, AK 99501
> Phone: (907) 276-6401
> Fax: (907) 276-5093
> Email: rjohnson@akatty.com
> Alaska Bar ID No. 7410086

### Certificate of Service

I hereby certify that on May 5, 2006, a copy of foregoing Reply in Support of Cross Motion for Summary Judgment was served electronically on Heidi Drygas and Kevin Dougherty.

> ____s/Robert M. Johnson____

Laborer's Local 341 v. AS&G A05-250   Page 2
Unopposed Motion for Extension of Time
I:\Docs\57060302\Unopposed Motion for Extension.wpd

**Wohlforth | Johnson | Brecht Cartledge | Brooking**
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401   Fax: 907.276.5093
www.akatty.com