Robert M. Johnson
Wohlforth, Johnson, Brecht, Cartledge & Brooking
900 West 5th Avenue, Suite 600
Anchorage, Alaska  99501
(907) 276-6401

Attorneys for Defendant
Anchorage Sand & Gravel Co., Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| LABORERS LOCAL 341 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A05-250 CV (JWS) |
| ) | |
| ANCHORAGE SAND AND GRAVEL ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ORAL ARGUMENT

Good cause exists to reset the oral argument scheduled for June 1, 2006 [Docket 32]. May 30, 2006 or any date in June 2006 other than June 1 and 2 is requested. Ak. LR 7.1(j) for example contemplates postponement of submission by stipulation. Counsel for plaintiff does not oppose defendant's request, except that she would be out of town June 14-16.

Laborer's Local 341 v. AS&G A05-250                                   Page 1
Memo in Support of Unopposed Motion for Extension of Time
I:\Docs\57060302\Memorandum in Support of Unopposed Motion for Extension.wpd

No prejudice is known to exist to the parties by modest delay in oral argument, and the undersigned counsel apologizes for the inconvenience.

This motion and memorandum is supported by the attached affidavit of counsel, Exhibit A.

DATED at Anchorage, Alaska this 5th day of May, 2006.

Wohlforth, Johnson, Brecht,
Cartledge & Brooking
Attorneys for Defendant
Anchorage Sand and Gravel Co., Inc.

    s/Robert M. Johnson
900 W 5th Avenue, Suite 600
Anchorage, AK 99501
Phone: (907) 276-6401
Fax: (907) 276-5093
Email: rjohnson@akatty.com
Alaska Bar ID No. 7410086

### Certificate of Service

I hereby certify that on May 5, 2006, a copy of foregoing Memorandum in Support of Unopposed Motion for Extension of Time for Oral Argument was served electronically on Heidi Drygas and Kevin Dougherty.

    s/Robert M. Johnson

Laborer's Local 341 v. AS&G A05-250                    Page 2
Memo in Support of Unopposed Motion for Extension of Time
I:\Docs\57060302\Memorandum in Support of Unopposed Motion for Extension.wpd

Wohlforth | Johnson | Brecht Cartledge | Brooking
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401   Fax: 907.276.5093
www.akatty.com

**Wohlforth | Johnson | Brecht Cartledge | Brooking**
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401   Fax: 907.276.5093
www.akatty.com

Laborer's Local 341 v. AS&G A05-250                    Page 3
Memo in Support of Unopposed Motion for Extension of Time
I:\Docs\57060302\Memorandum in Support of Unopposed Motion for Extension.wpd