Robert M. Johnson
Wohlforth, Johnson, Brecht, Cartledge & Brooking
900 West 5th Avenue, Suite 600
Anchorage, Alaska 99501
(907) 276-6401

Attorneys for Defendant
Anchorage Sand & Gravel Company, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| LABORERS LOCAL 341 )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANCHORAGE SAND AND GRAVEL )<br>COMPANY, INC., )<br>)<br>Defendant. )<br>_____ ) | Case No. A05-250 CV (JWS) |

# AFFIDAVIT OF ROBERT M. JOHNSON

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

    I, Robert M. Johnson, being duly sworn, state the following based on my personal knowledge:

    1.    I will be in New York City on June 1, 2006 with my client Alaska Retirement Management Board at a scheduled meeting. The Board's agenda has been set for almost

Wohlforth | Johnson | Brecht
Cartledge | Brooking
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401   Fax: 907.276.5093
www.akatty.com

a month and involves participation by numerous parties (including undersigned counsel) from throughout the country. Re-scheduling would be virtually impossible. My participation has been specifically requested by the Board.

2. There is no prejudice to the parties.

3. Opposing counsel does not object, but advises that she will be out of town June 14-16.

Dated this 5th day of May 2006.

_____
Robert M. Johnson

SUBSCRIBED AND SWORN to before me this 5th day of April, 2006.

OFFICIAL SEAL
STATE OF ALASKA
NOTARY PUBLIC
TARA L. JAMES
My Commission expires: May 7, 2007

_____
Notary Public in and for Alaska
My commission expires 5/7/07

Wohlforth | Johnson | Brecht
Cartledge | Brooking
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401   Fax: 907.276.5093
www.akatty.com