Robert M. Johnson
Wohlforth, Johnson, Brecht, Cartledge & Brooking
900 West 5th Avenue, Suite 600
Anchorage, Alaska 99501
(907) 276-6401

Attorneys for Defendant
Anchorage Sand & Gravel Company, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| LABORERS LOCAL 341 ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANCHORAGE SAND AND GRAVEL ) <br> COMPANY, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. A05-250 CV (JWS) <br><br> **NOTICE OF SUBMISSION** <br> **OF PROPOSED ORDER** |

COMES NOW defendant Anchorage Sand & Gravel, Inc. ("AS&G"), by and through counsel, submits the attached Proposed Order granting defendant's Unopposed Motion for Extension of Time for Oral Argument submitted by the parties.

DATED at Anchorage, Alaska this 5th day of May, 2006.

**Wohlforth | Johnson | Brecht Cartledge | Brooking**
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401   Fax: 907.276.5093
www.akatty.com

        Wohlforth, Johnson, Brecht,
Cartledge & Brooking
Attorneys for Defendant
Anchorage Sand and Gravel Company, Inc.

     s/Robert M. Johnson
900 W 5th Avenue, Suite 600
Anchorage, AK 99501
Phone: (907) 276-6401
Fax: (907) 276-5093
Email: rjohnson@akatty.com
Alaska Bar ID No. 7410086

### Certificate of Service

I hereby certify that on May 5, 2006, a copy of foregoing Notice of Submission of Proposed Order was served electronically on Heidi Drygas and Kevin Dougherty.

     s/Robert M. Johnson

**Wohlforth | Johnson | Brecht Cartledge | Brooking**
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401   Fax: 907.276.5093
www.akatty.com

Stipulation for Extension of Time    Page 2
I:\Docs\57060302\Notice of Submission5-5.wpd