Robert M. Johnson
Wohlforth, Johnson, Brecht, Cartledge & Brooking
900 West 5th Avenue, Suite 600
Anchorage, Alaska 99501
(907) 276-6401

Attorneys for Defendant
Anchorage Sand & Gravel Company, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| LABORERS LOCAL 341, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>ANCHORAGE SAND AND GRAVEL )<br>COMPANY, INC., )<br>)<br>    Defendant. )<br>_____) | Case No. A05-250 CV (JWS)<br><br>**PROPOSED ORDER** |

The court having reviewed the Unopposed Motion for Extension of Time for Oral Argument submitted by the parties;

IT IS SO ORDERED that defendant Anchorage Sand & Gravel, Inc.'s ("AS&G") request that oral argument set for June 1, 2006 is granted and oral argument shall be heard on _____ ___, 2006 at __.m.

Stipulation for Extension of Time            Page 1
I:\Docs\57060302\Proposed Order5-5.wpd

DATED at Anchorage, Alaska this _____ day of May, 2006.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

**Wohlforth | Johnson | Brecht Cartledge | Brooking**
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401   Fax: 907.276.5093
www.akatty.com