Robert M. Johnson
Wohlforth, Johnson, Brecht, Cartledge & Brooking
900 West 5th Avenue, Suite 600
Anchorage, Alaska  99501
(907) 276-6401

Attorneys for Defendant
Anchorage Sand & Gravel Company, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| LABORERS LOCAL 341,          )<br>                                           )<br>        Plaintiff,                    )<br>                                           )<br>vs.                                     )<br>                                           )<br>ANCHORAGE SAND AND GRAVEL )<br>COMPANY, INC.,                 )<br>                                           )<br>        Defendant.                 )<br>_____) | Case No. A05-250 CV (JWS)<br><br>**ORDER** |

The court having reviewed the Unopposed Motion for Extension of Time for Oral Argument submitted by the parties;

**IT IS SO ORDERED** that defendant Anchorage Sand & Gravel, Inc.'s ("AS&G") request that oral argument set for June 1, 2006 be reset is **GRANTED**, and oral argument shall be heard on June 9, 2006, at 8:30 a.m.

DATED at Anchorage, Alaska this 8th day of May, 2006.

                                        /s/
                                        JOHN W. SEDWICK
                                        UNITED STATES DISTRICT COURT JUDGE

Wohlforth | Johnson | Brecht
Cartledge | Brooking
A PROFESSIONAL CORPORATION
900 WEST 5TH AVENUE, SUITE 600
ANCHORAGE, ALASKA 99501-2048
Phone: 907.276.6401   Fax: 907.276.5093
www.akatty.com