**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

LABORERS LOCAL 341,
      Plaintiff,

                            Case Number 3:05-cv-00250-JWS

v.

ANCHORAGE SAND & GRAVEL CO., INC.,
      Defendant.                    **JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant Anchorage Sand and Gravel Company, Inc. recover of the plaintiff Laborers Local 341 its costs of action in the amount of $_____.

APPROVED:

  _/s/_____
John W. Sedwick
United States District Judge

_____
Date: June 22, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                              ___Ida Romack_____
                                              Ida Romack, Clerk of Court

[305cv250-JWS-judgment.wpd]{JMT2.WPT*Rev.3/03}